FILED

05/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0405

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0405

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                                                                    O R D E R

NATHAN BRYCE HARDIN,

     Defendant and Appellant.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Shane Vannatta, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 10 2023